Stephen M. Lobbin (CA Bar No. 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391

*Counsel for Plaintiff Control Sync Systems LLC*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONTROL SYNC SYSTEMS, LLC,** | Case No. 2:25-cv-10526 |
| Plaintiff, | |
| v. | COMPLAINT FOR PATENT INFRINGEMENT |
| **E & S INTERNATIONAL ENTERPRISES, INC. dba ESI ENTERPRISES, INC.,** | DEMAND FOR JURY TRIAL |
| Defendant. | |

Plaintiff Control Sync Systems, LLC files this Original Complaint for Patent Infringement against E & S International Enterprises, Inc., dba ESI Enterprises, Inc., and would respectfully show the Court as follows:

## I.   NATURE OF THE LAWSUIT

1.    This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") resulting from E & S International Enterprises, Inc.. infringing, in an illegal and unauthorized manner and without authorization and/or consent from Control Sync Systems, LLC, United

COMPLAINT - 1

States Patent No. 7,812,889 pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

## II.  **THE PARTIES**

2.    Plaintiff Control Sync Systems, LLC ("CSS" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

3.    On information and belief, Defendant E & S International Enterprises, Inc. dba ESI Enterprises, Inc. ("ESI" or "Defendant") is a California corporation with a regular and established places of business at 7801 Hayvenhurst Ave, Van Nuys, CA 91406.  Defendant has a registered agent Rene Srednick, at 7801 Hayvenhurst Ave, Van Nuys, CA 91406.

## II.  **JURISDICTION AND VENUE**

4.    This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

5.    On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the California Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 7801 Hayvenhurst Ave, Van Nuys, CA 91406.

6.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within California.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in California.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within California.  Defendant has committed such purposeful acts and/or transactions in California such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

7.      Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in California and in this District at 7801 Hayvenhurst Ave, Van Nuys, CA 91406. Further, Defendant is a California corporation. On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

8.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.   COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,812,889)

9.     Plaintiff incorporates the above paragraphs herein by reference.

10.     On October 12, 2010, United States Patent No. 7,812,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '889 Patent is attached hereto as Exhibit A and incorporated herein by reference.

11.     CSS is the assignee of all right, title, and interest in the '889 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '889 Patent.  Accordingly, CSS possesses the exclusive right and standing to prosecute the present action for infringement of the '889 Patent by Defendant.

12.     The '889 Patent relates to the field of control systems and more particularly to a control system for controlling video and audio parameters of a display device and a play device synchronously.  (Ex. A at 1:8-11).  The '889 Patent describes a technical problem with controlling a system comprising two media devices.

13.     For example, there is a system comprising a display device (such as a television or projector) and a play device (such as a DVD player).  (*Id.* at 1:13-17).  The display device has image display module and a sound display module for displaying images and sound respectively.  (*Id.* at 1:17-20).  The play device uses

a module to process video data and audio data so that the display device displays and generates the corresponding images and sound, which are controlled by video and audio parameters. (*Id.* at 1:21-25). Both the play device and display device have on screen display ("OSD") systems. (*Id.* at 1:26-28). A user can input a first OSD signal through a remote control for the display device or use a button on the casing of the display device to control the video and audio parameters of the display device. (*Id.* at 1:34-39). A user can also input a second OSD signal through a separate remote control for the play device or through a button on the casing of the play device to control the video and audio parameters of the display device. (*Id.* at 1:29-33).

14.     Separate OSD systems for the display device and play device often annoys the user. (*Id.* at 1:40-41). For example, a user may have difficulty controlling the sound in a system of a display device and play device. (*Id.* at 1:41-43). For example, after turning on a projector and a DVD player, the user may feel the sound is too loud. (*Id.*). The user sends the second OSD signal to the OSD system of the DVD play device through the remote control of the DVD play device, which results in the sound of the DVD play device being lowered. (*Id.* at 1:43-46). However, if the user feels the sound is still too loud, then the user realizes that it is the sound of the projector play device that is too loud. (*Id.* at 1:46-48). So the user then uses the remote control of the projector play device to input the first OSD signal to finally lower the sound of the projector. (*Id.* at 1:50-51). It is therefore

really inconvenient and troublesome for a user to pass through multiple steps using multiple remote controls to get the sound that the user seeks. (*Id.* at 1:52-54). The inventors therefore sought to create a control system for controlling video and audio parameters of a display device and a play device to solve the problem. (*Id.* at 1:55-58).

15.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 1 of the '889 Patent in California, this District and elsewhere in the United States. As shown below, Defendant makes, uses, sells and/or offers to sell a control system used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, the video and audio parameters controlling the images and sound that infringes claim 1. For example, ESI Enterprises, Inc. provides the 4K UHD HDR Roku Smart LED TVs such as MAW595 series (43", 50", 55", 58", and 65"), MAR595 series (43", 50", and 58"), and MAW795 series (70"). For the purposes of demonstrating the infringement, Plaintiff uses MAW795 Roku Smart LED TV television as an exemplary device; however, the analysis is equally applicable to the use of Defendant's other Consumer Electronic Control ("CEC") products.

16.    ESI provides the MAW795 Roku Smart LED TV ("display device") which include a feature of HDMI-CEC (High-Definition Multimedia Interface -

Consumer Electronics Control), a standard-based control system that allows users to control multiple multimedia devices such as DVD player, game console, or cable box ("play device") using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI cables. The single remote control of TV is utilized to control video playback such as play/pause ("video and audio parameters") for both the TV and the connected multimedia device. Finally, the connected multimedia device such as DVD player transmits the video signals to the TV ("the display device receiving video and audio data from the play device to display and generate corresponding images and sound").



(*E.g.,* https://jvcproducts.com/us/LT-70MAW795.html).[1]

---

[1] Red boxes, lines, and text annotations are added to the images.

COMPLAINT - 7





(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

## Controlling other devices through CEC —————— control system

Consumer Electronics Control (CEC) enables your TV and other CEC-compatible home entertainment devices to control one another in various ways. First, the CEC-compatible devices must "discover" one another and report their capabilities. After this, one device can control another according to the features you enable. For example, playing a disc on a Blu-ray™ player could switch the TV to the Blu-ray™ player's input. Or, powering off the TV could also power off the Blu-ray™ player and the home theater receiver.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

**Discover connected CEC devices**

To discover CEC devices:

1.  Make sure that your CEC-compatible devices are connected to the TV with a suitable High Speed HDMI® Cable that supports HDMI® ARC and CEC control.

2.  Turn on each device and make sure all devices are CEC enabled.

    Tip: *Some manufacturers have their own branded names for CEC functionality, so you might need to read the product documentation to correctly identify the CEC features of the device.*

3.  On the TV's Home screen menu, navigate to Settings > System > Control other devices (CEC) and then select Search for CEC devices. Press OK to repeat the discovery process, if necessary.

When finished, the TV displays a list of CEC devices that are connected to each HDMI® input, as well as any devices that had previously been connected. The TV remembers the names of multiple CEC devices even when they are no longer connected. If the list is longer than the allowed space, press ✱ to see a complete list in a scrollable window.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

**Enable system audio control**

System audio control enables the TV remote to change the volume and mute state of an amplifier or sound bar connected through HDMI®, and to display the external device's volume and mute status in the TV's on-screen display.

The TV automatically turns off its internal speakers and sends volume and mute control signals to an external amplifier when all of the following are true:

-   System audio control is enabled on the TV.

-   The TV is connected to a CEC-compatible amplifier, it is powered on, and CEC discoverability is enabled.

-   The CEC-compatible amplifier's HDMI® ARC connector is connected to the TV's HDMI ARC connector with a suitable HDMI® cable.

When the CEC-compatible amplifier is off, the TV automatically turns on its speakers (unless you have turned them off as described in Turning off the speakers) and resumes local control of volume and mute state.

To enable or disable system audio control, in the Home screen menu, navigate to Settings > System > Control other devices (CEC) and highlight System audio control. Press OK to enable or disable the feature.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

COMPLAINT - 9

## External Connection

Connecting Digital Audio System

This connection can only be made if there is a HDMI Output connector on the external device.



What is HDMI?

HDMI, or high-definition multimedia interface, is a next-generation interface that enables the transmission of digital audio and video signals using a single cable without compression.

Multimedia interface is a more accurate name for it especially because it allows multiple channels of digital audio.

The difference between HDMI and DVI is that the HDMI device is smaller in size, has the HDCP(High Bandwidth Digital Copy Protection) coding feature installed, and supports multi-channel digital audio.

- Connect devices such as a DVD player, game console, or cable box.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

# CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.1     End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

17.    Defendant makes, uses, sells and/or offers to sell a control system comprising an on screen display (OSD) system of the display device disposed in the display device for receiving a first OSD signal from external of the display device.  For example, the 70" MAW795 Roku Smart LED TV ("display device") receives control commands such as play and pause signals ("first OSD signal") from the TV's remote control ("external of the display device"). It would be apparent for a person having ordinary skills in the art that the TV includes an on-screen display (OSD) system that receives the first OSD signal from the remote control.



(*E.g.*, https://jvcproducts.com/us/LT-70MAW795.html).

## Controlling other devices through CEC

Consumer Electronics Control (CEC) enables your TV and other CEC-compatible home entertainment devices to control one another in various ways. First, the CEC-compatible devices must "discover" one another and report their capabilities. After this, one device can control another according to the features you enable. For example, playing a disc on a Blu-ray™ player could switch the TV to the Blu-ray™ player's input. Or, powering off the TV could also power off the Blu-ray™ player and the home theater receiver.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

**KEY FEATURES**

- 70" screen (70" measured diagonally) with 16:9 aspect ratio
- 3840 x 2160 native resolution for Ultra-HD (4K) performance
- Smart TV: Roku TV
- Built-in Wireless
- 3 HDMI® inputs for true digital connections
- HDR10
- High brightness provides a vivid and brilliant picture
- USB (Media Player and Live TV Pause)
- Full-function remote control

**SPECIFICATIONS**

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle | 160° X 150° |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |
| RJ45: | x1 |
| USB: | x1 |
| Earphone: | x1 |
| Optical Digital Output: | x1 |

**TV Tuner:**

| | |
|---|---|
| TV Tuner: | NTSC/ATSC TV Tuner |
| Audio Power Output: | 8W x 2 |
| Multi-language OSD: | Yes |
| Wall Mount Hole Pattern: | 400mm x 200mm |
| Remote Control: | Yes |

— external of the display device

**General**

| | |
|---|---|
| Power Source: | AC 100V-240V 50/60Hz |
| Max. Power Consumption: | 200W |
| Standby Power: | <0.5W |
| Unit Size (W x H x D) | |

(*E.g.*, https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf).

| ⏪ ⏯ ⏩ | MEDIA PLAYBACK CONTROLS | Rewind, pause, play, and fast forward streaming content and Antenna TV channels (if Live TV Pause is enabled). |
|---|---|---|
| | | Press REWIND or FAST FORWARD one, two, or three times to control the speed of the operation. |
| | | REWIND and FAST FORWARD also jump backward and forward one page at a time when viewing long lists, such as when you are browsing Antenna TV shows in the channel list or Smart Guide (U.S. only). |

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

COMPLAINT - 13

## 7 REMOTE CONTROL

The Roku TV remote should feel right at home in your hand. We designed it to be incredibly intuitive for watching TV and navigating on-screen menus.

Infrared transmitter

POWER Turn TV on and off

BACK Return to previous screen — HOME Return to Roku Home screen

OK Select an option from a menu
UP or DOWN Move up or down; — Volume (up/down)
LEFT or RIGHT Move left or right

Mute and restore sound

INSTANT REPLAY Replay the last
few seconds of streaming video — OPTIONS Access to picture settings, move streaming channel icons and more
SLEEP Sets the sleep timer

RWD SCAN Rewind streaming video, — FWD SCAN Fast forward streaming video, scroll right one page at a time
scroll left one page at a time — PLAY/PAUSE Start or pause playback
You can also use this button to activate and use the Live TV Pause feature when
a 16GB USB drive is attached to the TV. The Live TV Pause feature requires
connecting to the Roku service.

**receiving a first OSD signal from external of the display device**

*Remote has pre-set channel buttons with channel logos

Tip: The ⊙ gives you easy access to picture settings, display options and more. Try it on every screen.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/QSG.pdf).

### Enable system audio control

System audio control enables the TV remote to change the volume and mute state of an amplifier or sound bar connected through HDMI®, and to display the external device's volume and mute status in the TV's on-screen display.

The TV automatically turns off its internal speakers and sends volume and mute control signals to an external amplifier when all of the following are true:

- System audio control is enabled on the TV.

- The TV is connected to a CEC-compatible amplifier, it is powered on, and CEC discoverability is enabled.

- The CEC-compatible amplifier's HDMI® ARC connector is connected to the TV's HDMI ARC connector with a suitable HDMI® cable.

When the CEC-compatible amplifier is off, the TV automatically turns on its speakers (unless you have turned them off as described in Turning off the speakers) and resumes local control of volume and mute state.

To enable or disable system audio control, in the Home screen menu, navigate to Settings > System > Control other devices (CEC) and highlight System audio control. Press OK to enable or disable the feature.

- Connect devices such as a DVD player, game console, or cable box.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

# CEC 13    CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 13.7    <u>Deck Control</u>

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

18.    Defendant makes, uses, sells and/or offers to sell a control system comprising an encoding/decoding module of the display device disposed in the display device for encoding the first OSD signal received by the OSD system into a first data signal.  For example, the remote control of the 70" MAW795 Roku Smart LED TV's sends control commands such as play or pause to control the playback of the connected multimedia device, such as a DVD player ("play device"), on the TV. The TV receives the play command ("first OSD signal") and sends it to the connected multimedia device. The play command sent to the connected multimedia device controls its playback. Since the play command is sent from the remote control, received by the TV, and then sent to the connected

multimedia device to control its playback, it would be apparent for a person having ordinary skills in the art that the TV includes an encoding/decoding module that encodes the received play command into a data signal that controls the playback of the multimedia device.

## Controlling other devices through CEC

Consumer Electronics Control (CEC) enables your TV and other CEC-compatible home entertainment devices to control one another in various ways. First, the CEC-compatible devices must "discover" one another and report their capabilities. After this, one device can control another according to the features you enable. For example, playing a disc on a Blu-ray™ player could switch the TV to the Blu-ray™ player's input. Or, powering off the TV could also power off the Blu-ray™ player and the home theater receiver.

- Connect devices such as a DVD player, game console, or cable box.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

## External Connection

Connecting Digital Audio System

This connection can only be made if there is a HDMI Output connector on the external device.



What is HDMI?
HDMI, or high-definition multimedia interface, is a next-generation interface that enables the transmission of digital audio and video signals using a single cable without compression.
Multimedia interface is a more accurate name for it especially because it allows multiple channels of digital audio.
The difference between HDMI and DVI is that the HDMI device is smaller in size, has the HDCP(High Bandwidth Digital Copy Protection) coding feature installed, and supports multi-channel digital audio.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

**KEY FEATURES**

- 70" screen (70" measured diagonally) with 16:9 aspect ratio
- 3840 x 2160 native resolution for Ultra-HD (4K) performance
- Smart TV: Roku TV
- Built-in Wireless
- 3 HDMI® inputs for true digital connections
- HDR10
- High brightness provides a vivid and brilliant picture
- USB (Media Player and Live TV Pause)
- Full-function remote control

**SPECIFICATIONS**

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle | 160˚ X 150˚ |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |
| RJ45: | x1 |
| USB: | x1 |
| Earphone: | x1 |
| Optical Digital Output: | x1 |

| | |
|---|---|
| **TV Tuner** | NTSC/ATSC TV Tuner |
| Audio Power Output: | 8W  x 2 |
| Multi-language OSD: | Yes |
| Wall Mount Hole Pattern: | 400mm x 200mm |
| Remote Control: | Yes |

**General**

| | |
|---|---|
| Power Source: | AC 100V-240V 50/60Hz |
| Max. Power Consumption: | 200W |
| Standby Power: | <0.5W |
| Unit Size (W x H x D) | |

(*E.g.*, https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf).

| | MEDIA PLAYBACK CONTROLS | Rewind, pause, play, and fast forward streaming content and Antenna TV channels (if Live TV Pause is enabled). |
|---|---|---|
| | | Press REWIND or FAST FORWARD one, two, or three times to control the speed of the operation. |
| | | REWIND and FAST FORWARD also jump backward and forward one page at a time when viewing long lists, such as when you are browsing Antenna TV shows in the channel list or Smart Guide (U.S. only). |

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

COMPLAINT - 18

## 7 REMOTE CONTROL

The Roku TV remote should feel right at home in your hand. We designed it to be incredibly intuitive for watching TV and navigating on-screen menus.



Tip: The ⊙ gives you easy access to picture settings, display options and more. Try it on every screen.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/QSG.pdf).

### Enable system audio control

System audio control enables the TV remote to change the volume and mute state of an amplifier or sound bar connected through HDMI®, and to display the external device's volume and mute status in the TV's on-screen display.

The TV automatically turns off its internal speakers and sends volume and mute control signals to an external amplifier when all of the following are true:

- System audio control is enabled on the TV.

- The TV is connected to a CEC-compatible amplifier, it is powered on, and CEC discoverability is enabled.

- The CEC-compatible amplifier's HDMI® ARC connector is connected to the TV's HDMI ARC connector with a suitable HDMI® cable.

When the CEC-compatible amplifier is off, the TV automatically turns on its speakers (unless you have turned them off as described in Turning off the speakers) and resumes local control of volume and mute state.

To enable or disable system audio control, in the Home screen menu, navigate to Settings > System > Control other devices (CEC) and highlight System audio control. Press OK to enable or disable the feature.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

COMPLAINT - 19

## CEC 3.1      End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 3.2      Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

## CEC 13.7      Deck Control

### CEC 13.7.1      Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2      Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*Id.*).

19.    Defendant makes, uses, sells and/or offers to sell a control system comprising a bus connected to the display device for sending the first data signal out of the display device and transmitting the first data signal to the play device. For example, the 70" MAW795 Roku Smart LED TV ("display device") features HDMI-CEC, a standard-based control system that allows users to control multiple multimedia devices such as a DVD player ("play device"), a game console, or a cable box using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI cables ("bus"). The HDMI cables are used for sending control commands, such as play, to the connected multimedia device.

## Controlling other devices through CEC

Consumer Electronics Control (CEC) enables your TV and other CEC-compatible home entertainment devices to control one another in various ways. First, the CEC-compatible devices must "discover" one another and report their capabilities. After this, one device can control another according to the features you enable. For example, playing a disc on a Blu-ray™ player could switch the TV to the Blu-ray™ player's input. Or, powering off the TV could also power off the Blu-ray™ player and the home theater receiver.

•   Connect devices such as a DVD player, game console, or cable box.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).



(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

20.    Defendant makes, uses, sells and/or offers to sell a control system wherein the display device receives the first OSD signal to control the video and audio parameters of the display device, the play device is decoding the first data signal received from the bus to control the video and audio parameters of the play device.  For example, the remote control of the 70" MAW795 Roku Smart LED TV's sends control commands such as play to control the playback of the connected multimedia device, such as a DVD player ("play device"), on the TV. The TV receives the play command ("first OSD signal") and the playback of the TV gets controlled. Further, the TV sends the play command to the connected multimedia device to control the playback. Since the play command is sent from the remote

control, received by the TV, controls the playback of the TV, and then sent to the connected multimedia device to control its playback, therefore, upon information and belief, the connected multimedia device decodes the play command to control its playback, such as play/pause ("video and audio parameters").

## Controlling other devices through CEC

Consumer Electronics Control (CEC) enables your TV and other CEC-compatible home entertainment devices to control one another in various ways. First, the CEC-compatible devices must "discover" one another and report their capabilities. After this, one device can control another according to the features you enable. For example, playing a disc on a Blu-ray™ player could switch the TV to the Blu-ray™ player's input. Or, powering off the TV could also power off the Blu-ray™ player and the home theater receiver.

• Connect devices such as a DVD player, game console, or cable box.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

## External Connection

Connecting Digital Audio System

This connection can only be made if there is a HDMI Output connector on the external device.



What is HDMI?
HDMI, or high-definition multimedia interface, is a next-generation interface that enables the transmission of digital audio and video signals using a single cable without compression.
Multimedia interface is a more accurate name for it especially because it allows multiple channels of digital audio.
The difference between HDMI and DVI is that the HDMI device is smaller in size, has the HDCP(High Bandwidth Digital Copy Protection) coding feature installed, and supports multi-channel digital audio.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

COMPLAINT - 24



(*E.g.*, https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf).

| | MEDIA PLAYBACK CONTROLS | Rewind, pause, play, and fast forward streaming content and Antenna TV channels (if Live TV Pause is enabled). |
|---|---|---|
| | | Press REWIND or FAST FORWARD one, two, or three times to control the speed of the operation. |
| | | REWIND and FAST FORWARD also jump backward and forward one page at a time when viewing long lists, such as when you are browsing Antenna TV shows in the channel list or Smart Guide (U.S. only). |

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

## 7 REMOTE CONTROL

The Roku TV remote should feel right at home in your hand. We designed it to be incredibly intuitive for watching TV and navigating on-screen menus.



Tip: The ⊙ gives you easy access to picture settings, display options and more. Try it on every screen.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

### Enable system audio control

System audio control enables the TV remote to change the volume and mute state of an amplifier or sound bar connected through HDMI®, and to display the external device's volume and mute status in the TV's on-screen display.

The TV automatically turns off its internal speakers and sends volume and mute control signals to an external amplifier when all of the following are true:

- System audio control is enabled on the TV.

- The TV is connected to a CEC-compatible amplifier, it is powered on, and CEC discoverability is enabled.

- The CEC-compatible amplifier's HDMI® ARC connector is connected to the TV's HDMI ARC connector with a suitable HDMI® cable.

When the CEC-compatible amplifier is off, the TV automatically turns on its speakers (unless you have turned them off as described in Turning off the speakers) and resumes local control of volume and mute state.

To enable or disable system audio control, in the Home screen menu, navigate to Settings > System > Control other devices (CEC) and highlight System audio control. Press OK to enable or disable the feature.

(*E.g.*, https://jvcproducts.com/us/products/70maw795/Manual.pdf).

## CEC 3.1    <u>End-User Features</u>

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2    <u>Supporting Features</u>

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    <u>Deck Control</u>

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).

COMPLAINT - 28



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

      21.   **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 1 of the '889 patent in this District,

in the State of California, and elsewhere in the United States, by providing products including the 4K UHD HDR Roku Smart LED TVs such as MAW595 series (43", 50", 55", 58", and 65"), MAR595 series (43", 50", and 58"), and MAW795 series (70") ("JVC TVs") with control systems for use by Defendant's customers that infringe claim 1 as described above. (*Supra* ¶¶15-20). At least as of service of the Complaint, Defendant has had knowledge of the '889 Patent and knowledge that the controls systems of the JVC TVs used in the manner described above constituted direct patent infringement. Despite this knowledge of infringement of claim 1 of the '889 Patent, Defendant continued to encourage and induce its customers to use the control systems of the JVC TVs which infringed claim 1 of the '889 Patent through providing online manuals describing how the control systems of the JVC TVs can be operated in a manner that infringes claim 1 of the '889 Patent and instructions for how to use the control systems of the JVC TVs in the accused manner. (*Supra* ¶¶15-20). Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the control systems of its JVC TVs to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 1 of the '889 Patent.

22.    Specifically, Defendant provides the JVC TVs knowing that the control systems are used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from

the play device to display and generate corresponding images and sound, and the video and audio parameters controlling the images and sound in a manner that infringes claim 1 of the '889 patent. (*Supra* ¶¶15-20). Defendant also informs its customers how to use the control system that infringes claim 1. (*Supra* ¶¶15-20). Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 1 of the '889 patent by its customers.

23.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '889 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

24.    On information and belief, Defendant has had at least constructive notice of the '889 patent by operation of law, and there are no marking requirements that have not been complied with..

25.    On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## V.  **JURY DEMAND**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claims 1 of United States Patent No. 7,812,889 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.    That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.    That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

November 2, 2025

Respectfully Submitted,

OF COUNSEL:

David R. Bennett
(motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

 */s/ Stephen M. Lobbin*
Stephen M. Lobbin
SML Avvocati P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391
sml@smlavvocati.com

*Attorneys for Plaintiff*
*Control Sync Systems, LLC*

COMPLAINT - 33